**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

ROBERT PLATSHORN,
 Plaintiff,

vs.              Case No.: 5:05cv185/MCR/EMT

UNITED STATES PAROLE COMMISSION,
 Defendant.
              /

**O R D E R**

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 26, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

  Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now **ORDERED** as follows:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2. The complaint (Doc. 1), construed as a petition for writ of habeas corpus under 28 U.S.C. § 2241, is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 2244(a).

  **DONE AND ORDERED** this 28th day of December, 2005.

            *s/ M. Casey Rodgers*
            **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**